United States District Court
Southern District of Texas
**ENTERED**
August 23, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTEICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GALVINO BARRERA, Individually and On Behalf of All Others Similarly Situated, *Plaintiff,* | § § § § § | |
| v. | § § | CIVIL ACTION NO. 4:18-CV-1653 |
| ALMEDA-GENOA HOUSTON DEVELOPMENT, LLC, *Defendants.* | § § § § | JURY TRIAL DEMANDED |

## ORDER GRANTING JOINT MOTION FOR CONFIDENTIAL APPROVAL OF SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE

Before the Court is the Joint Motion for Confidential Approval of Settlement Agreement and Dismissal with Prejudice ("Motion"). For good cause shown, and as more fully explained below, the Motion is **GRANTED**. The Court finds that the settlement terms negotiated by the Parties and described in their Confidential Settlement Agreement ("Agreement") are a fair and reasonable resolution of a bona fide dispute between the FLSA Class Members (*i.e.*, the Named Plaintiff and those individuals who will elect to participate in this settlement, as identified by name on Exhibit B to the Agreement) and Defendant, and that the settlement of the claims as to the FLSA Class Members according to the procedure set forth in the Agreement is therefore APPROVED.

It is ORDERED that all claims of the FLSA Class Members who elect to participate in the settlement, including Plaintiff, against Defendant are DISMISSED WITH PREJUDICE; and

It is further ORDERED that the Agreement filed with the Motion will remain sealed.

SO ORDERED.

DATE August 23, 2018

_____
PRESIDING JUDGE